UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LANCE EUGENE HUNTER, JR.,<br><br>　　　　　　Defendant. | 4:15-CR-40071-01-KES<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

　　　　Defendant, Lance Eugene Hunter, Jr., filed a motion to suppress all statements and the fruits thereof made after he invoked his right to counsel on April 10, 2015. Plaintiff opposed the motion. The court referred the motion to Magistrate Judge Veronica Duffy. On July 27, 2015, Magistrate Judge Duffy submitted a report and recommended that Hunter's motion be denied. One extension of time to respond to the report and recommendation was granted, and the time for objections has passed. No objections to the report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1). The court has considered the case de novo and adopts the report and recommendation in full. Therefore, it is

ORDERED that the magistrate judge's report and recommendation (Docket 22) is adopted in full and defendant's motion to suppress (Docket 17) is denied.

Dated August 27, 2015.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE